770

Commonwealth ex rel. Jackson, Appellant, v.
Myers.

Submitted March 21, 1966. *Willie Jackson*, appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Johnson, Appellant, v.
Myers.

Submitted March 14, 1966. *Isaiah R. Johnson, Jr.*, appellant, in propria persona; *Herbert A. Schaffner*, Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Johnson, Appellant, v.
Maroney.

Submitted March 21, 1966. *Lee Glenn Johnson*, appellant, in propria persona; *Jay L. Benedict*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Johnson, Appellant, v.
Myers.

Submitted March